UNITED STATE BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Yasar Demir,<br><br>　　　　　　　　Debtor<br><br>Burak Dilbay,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>Yasar Demir,<br><br>　　　　　　　　Defendant | Bankruptcy No. 11-bk-52053<br><br>Chapter 7<br><br>Adversary No. 12-ap-661 |

## FINAL JUDGMENT ORDER

For reasons stated in the Findings of Fact and Conclusions of Law, **it is hereby ordered, adjudged, and declared** that:

1. As to Count I, Burak Dilbay's objection to discharge pursuant to § 727(a)(2)(A), judgment is entered in favor of defendant.
2. As to Count II, Burak Dilbay's objection to discharge pursuant to § 727(a)(3), judgment is entered in favor of defendant.
3. As to Count III, Burak Dilbay's objection to discharge pursuant to § 727(a)(4)(A), judgment is entered in favor of Plaintiff, and Yasar Demir's discharge is therefore denied by this Judgment Order.
4. Each party will each bear his own costs.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of November, 2013.